AGNES K. M. MULLIGAN, Appellant, *v.* DAVID B. COCKS et al., Respondents, Impleaded with Others.

*Mulligan* v. *Cocks*, 150 App. Div. 246, affirmed.
(Argued October 8, 1914; decided October 23, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to foreclose a mortgage on real property.

*Anthony J. Griffin* and *William G. Mulligan* for appellant.

*Gerrit Smith, Joseph P. Howe* and *Truman H. Baldwin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.